O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, AND BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST,<br><br>Plaintiffs, | CASE NO. 2:24cv02949 DDP(MAAx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**<br><br>Judge Hon. Dean D. Pregerson |

- 1 -

[PROPOSED] ORDER GRANTING PLS' MOT. FOR DEFAULT J. AGAINST DEF. SHEA REINFORCING STEEL, INC.
CASE NO. 2:24-CV-02949-DDP-MAA

| | | |
|---|---|---|
| 1 | v. | ) |
| 2 | | ) |
| | SHEA REINFORCING STEEL, | ) |
| 3 | INC., a California corporation. | ) |
| 4 | | ) |
| | Defendant. | ) |

This motion of the Plaintiffs, the BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, and BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST ("Plaintiffs") for Default Judgment against Defendant SHEA REINFORCING STEEL INC., came on regularly for a hearing before this court on August 26, 2024.

After considering the Plaintiffs' Motion, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Default against Defendant Shea Reinforcing Steel, Inc. is GRANTED and Judgment shall be entered consisted herewith.

Dated: August 26, 2024

_____
HON. DEAN D. PERGERSON
UNITED STATES DISTRICT JUDGE

- 2 -
[PROPOSED] ORDER GRANTING PLS' MOT. FOR DEFAULT J. AGAINST DEF. SHEA REINFORCING STEEL, INC.
CASE NO. 2:24-CV-02949-DDP-MAA