JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, AND BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, <br><br>    Plaintiffs, | CASE NO. 2:24cv02949 DDP(MAAx) <br><br> Assigned to Hon. Dean D. Pregerson <br><br> **JUDGMENT AGAINST DEFENDANT SHEA REINFORCING STEEL INC.** <br><br> Hearing Date: August 26, 2024 <br> Hearing Time: 10:00 a.m. <br> Judge: Hon. Dean D. Pregerson <br> Place: Courtroom 9C <br><br> Complaint filed: April 11, 2024 <br> Trail date: None |

- 1 -

|   |   |   |
|---|---|---|
| 1 | | ) |
| 2 | v. | ) |
|   | | ) |
| 3 | SHEA REINFORCING STEEL, | ) |
| 4 | INC., a California corporation. | ) |
|   | | ) |
| 5 | Defendant. | ) |
|   | | ) |
| 6 | | ) |

This Court has granted Plaintiffs' Motion for Default Judgment by Plaintiffs, the BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, and BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST ("Plaintiffs") against Defendant SHEA REINFORCING STEEL INC., a California corporation.

IT IS ORDERED AND ADJUDGED THAT PLAINTIFFS shall recover from DEFENDANT:

///

///

///

///

| | | |
|---|---|---|
| | Contributions: | $45,304.62 |
| | Liquidated Damages: | $13,838.43 |
| | Interest: | $2,775.96 |
| | Attorney's Fees: | $4,076.76 |
| | Costs: | $662.50 |
| | **Total Judgment:** | **$66,658.26** |

IT IS FURTHER ORDERED, Defendant Shea Reinforcing Steel, Inc. shall submit to Plaintiffs its books and records for January 2023 to the present.

Judgment is entered on this 26th day of August, 2024.

Dated: August 26, 2024

_____
HON. DEAN D. PERGERSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT AGAINST DEFENDANT
CASE NO. 2:24-CV-02949-DDP-MAA